# Exhibit A

*Transfer Date Range: 05-18-2019 through 08-15-2019*

**TRANSFEROR DEBTOR-AVENUE STORES, LLC**
*Vendor:*
ARANDELL CORPORATION
PO BOX 405  MENOMON
EE FALLS WI 53052-0405

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 684031 | 05/08/2019 | 05/21/2019 | $ 78,200.60 | 057787 | 04/12/2019 | $ 78,200.60 |
| 686503 | 07/10/2019 | 07/16/2019 | 72,040.24 | 058180 | 05/24/2019 | 72,040.24 |
| TOTAL | | | $ 150,240.84 | 3 | | |